# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dr. Susan Kegerise                                    :
                                                      :
            v.                                        :    No. 232 C.D. 2015
                                                      :
Kathy L. Delgrande, John F. Dietrich,                 :
Clifton D. Edwards, Carol L. Karl,                    :
Jesse Rawls, Sr., Dr. Peter J. Sakol,                 :
Helen D. Spence, and Mark Y. Sussman,                 :
In their Official Capacity,                           :
                              Appellants              :

# **O R D E R**

NOW, November 9, 2016, upon consideration of appellants' application for reargument and appellee's answer in response thereto, the application is denied.

 

 

 
| |
|---|
| MARY HANNAH LEAVITT, |

President Judge